NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1413

AVENTIS PHARMA S.A.
and AVENTIS PHARMACEUTICALS, INC.,

Plaintiffs-Appellees,

v.

AMPHASTAR PHARMACEUTICALS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Central District of California in case nos. 03-CV-887 and 04-CV-333, Senior Judge Mariana R. Pfaelzer.

ON MOTION

O R D E R

The parties move jointly to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

SEP 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    M. Sean Royall, Esq.
        Jan P. Weir, Esq.
s17

ISSUED AS A MANDATE:        SEP 2 9 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK